IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>**DERRICK D. CHARLES**<br><br>    Defendant. | CR NO: 1:24-cr-00054-JLT-SKO |

**FILED**
Jun 28, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
 ☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Derrick D. Charles
Detained at: Kern Valley State Prison
Detainee is:
 a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
   charging detainee with: 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)
 or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
 a.) ☐ return to the custody of detaining facility upon termination of proceedings
 or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: *Karen A. Escobar*
Printed Name & Phone No: Karen A. Escobar (559) 274-8993
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
 ☒ Ad Prosequendum    ☐ Ad Testificandum

  The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 6/28/24      *B. McAuliffe*
            Honorable Barbara A. McAuliffe
            U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Diesel | ☒ Male | ☐ Female |
| Booking or CDC #: | T20349 | DOB: | 12/28/1982 |
| Facility Address: | 3000 West Cecil Ave, Delano, CA 93215 | Race: | Black |
| Facility Phone: | (661) 721-6300 | FBI#: | 981530JB2 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____      _____
              (signature)