ERIC GRANT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>DERRICK D. CHARLES,<br><br>                    Defendant. | CASE NO.  1:24-CR-00054-JLT-BAM<br><br>**STIPULATION RE TREATMENT OF PROTECTED INFORMATION; ORDER** |

WHEREAS, the discovery in this case contains a large amount of other people's personal identifying information, including personal identification numbers, dates of birth, financial account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid the necessity of large-scale redactions and the unauthorized disclosure of Protected Information to anyone not a party to this case;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, the parties stipulate as follows:

1.     This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority that pertains to all discovery produced to the defendant's counsel in this case;

     2.       By signing this stipulation, defense counsel agree not to share any discovery that contains Protected Information with anyone other than defense counsel and defense counsel investigators and support staff.  Defense counsel may permit the defendant to review unredacted discovery that contains Protected Information in the presence of defense counsel or defense counsel investigators and support staff.  But defense counsel shall not allow the defendant to copy the Protected Information and may only provide the defendant with copies of discovery from which the Protected Information is redacted;

     3.       The discovery may be used only in connection with the litigation of this case;

     4.       Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement; and

     5.       In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold discovery from the new defense counsel until the new defense counsel agree to be bound by this stipulation and resulting order.

IT IS SO STIPULATED.

DATED:     August 28, 2025                    */s/     Kevin P. Rooney*
                                                         Kevin P. Rooney
                                                         Counsel for Derrick Charles

DATED:     August 28, 2025                    */s/ Karen A. Escobar*
                                                          Karen A. Escobar
                                                         Assistant United States Attorney

**ORDER**

For good cause shown, the stipulation between counsel, dated August 28, 2025, in the above case, regarding the treatment of protected information contained in the discovery is approved.

IT IS SO ORDERED.

Dated:  **September 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge